IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )
        v.                         )   Criminal Action No.
                                   )   10-00162-15-CR-W-1FJG
MYLIN D. SMITH,                    )
                                   )
                Defendant.         )

<u>REPORT AND RECOMMENDATION</u>

On February 22, 2011, defendant filed a motion for a
judicial determination of mental competency.  Defendant was
examined at the Federal Correctional Institution in Fort Worth,
Texas, by Randall Rattan, Ph.D., a forensic psychologist.  Dr.
Rattan stated that defendant was competent in a report dated
April 7, 2011.

On May 5, 2011, I held a competency hearing.  Defendant was
present, represented by Alex McCauley.  The government was
represented by Assistant United States Attorney Brent Venneman.
The parties stipulated to the contents and findings of Dr. Rattan
as the only evidence of whether the defendant is competent to
stand trial and to assist in his defense (Tr. at 2-3).[1]

Based upon the uncontroverted evidence stipulated to by the
parties in this case, I find that the defendant is competent to
stand trial and to assist in his defense.  Therefore, it is

RECOMMENDED that the court, after making an independent

_____

    [1]"Tr". refers to the transcript of the competency hearing.

review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

Counsel waived the ten day objection period set forth in 28 U.S.C. § 636(b)(1) (Tr. at 3). Any objections to this Report and Recommendation shall be filed by May 11, 2011.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
May 9, 2011